■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v INEATHER HOLMES, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hayes, J.), rendered September 25, 1985, convicting her of assault in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the court abused its discretion in permitting the prosecutor to cross-examine her based upon information elicited during her court-ordered psychiatric examination of fitness *(see,* CPL 730.20 [6]). The testimony in question was elicited without objection and, thus, the contention is unpreserved for appellate review. In any event, any error in that regard does not warrant reversal as a matter of discretion in the interest of justice.

The defendant's contention that the prosecutor's remarks in summation denied her a fair trial is similarly without merit. Most of the comments were not objected to at trial and therefore the alleged errors have not been preserved for appellate review (CPL 470.05 [2]). In any event, those comments, as well as those which were properly preserved, were made in response to the defense counsel's summation remarks or were fair comment on the evidence *(see, People v Galloway,* 54 NY2d 396; *People v Love,* 92 AD2d 551). Eiber, J. P., Kooper, Sullivan and Balletta, JJ., concur.